| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION | |
| Case number (if known) _____  Chapter __11__ | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Little Dollar, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  26-3152194

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 592 Lawton Street | |
| Atlanta, GA 30310 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Fulton | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Little Dollar, Inc._____    Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | **A.** *Check one:* |

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☒ None of the above

**B.** *Check all that apply*
    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply:*
    ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.
☒ Yes.

District: Northern District of Georgia Atlanta Division    When: 2/5/24    Case number: 24-51288-sms
District: Northern District of Georgia Atlanta Division    When: 5/6/24    Case number: 24-54559-sms

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor    Little Dollar, Inc.                                                              Case number (*if known*)
      *Name*

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>                Contact name _____<br>                Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☒ 1-49                      ☐ 1,000-5,000                ☐ 25,001-50,000<br>☐ 50-99                    ☐ 5001-10,000               ☐ 50,001-100,000<br>☐ 100-199              ☐ 10,001-25,000           ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000            ☒ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000       ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million   ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000            ☒ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000       ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million   ☐ More than $50 billion |

Debtor  Little Dollar, Inc.
_____Name_____

Case number (*if known*) _____

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 1, 2025
                    MM / DD / YYYY

**X** /s/ Daniel Okoye                                Daniel Okoye
Signature of authorized representative of debtor       Printed name

Title   CEO

**18. Signature of attorney**

**X** /s/ Brad Fallon                                Date   February 1, 2025
Signature of attorney for debtor                            MM / DD / YYYY

Brad Fallon
Printed name

Fallon Law PC
Firm name

1201 W. Peachtree St. NW, Suite 2625
Atlanta, GA 30309
Number, Street, City, State & ZIP Code

Contact phone   (404) 849-2199        Email address   brad@fallonbusinesslaw.com

226335 GA
Bar number and State

Official Form 201             **Voluntary Petition for Non-Individuals Filing for Bankruptcy**             page 4

**Fill in this information to identify the case:**

Debtor name: Little Dollar, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 1, 2025         X  /s/ Daniel Okoye
                                          Signature of individual signing on behalf of debtor

                                          Daniel Okoye
                                          Printed name

                                          CEO
                                          Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: Little Dollar, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Carter-Jones Companies, Inc. 601 Tallmadge Rd. Kent, OH 44240 | | Trade debt | | | | $9,852.00 |
| CHASE CARDMEMBER SERVICE PO BOX 1423 Charlotte, NC 28201 | | Credit card purchases | | | | $39,152.00 |
| Everest Business Funding 102 W 38th Street 6th Floor New York, NY 10018 | | Trade debt | | | | $39,251.00 |
| Headway Capital, LLC 175 W. Jackson Blvd., Suite 1000 Chicago, IL 60604 | | | | | | $13,254.00 |
| KABBAGE FUNDING / NAT'L CHECK RES. INC. 5885 CUMMING HWY STE 108-333 Buford, GA 30518 | | Trade debt | | | | $5,251.00 |
| LOWES BUSINESS ACCT/SYNCB PO BOX 669824 Dallas, TX 75266 | | Trade debt | | | | $4,215.00 |
| Pearl Delta Funding ATTN: ODED SEGEV, Manager 100 William Street, 9th Floor New York, NY 10038 | | | | | | $42,514.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

| Debtor | Little Dollar, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| PNC BANK<br>PO BOX 71335<br>Philadelphia, PA 19176 | | Trade debt | | | | $23,399.24 |
| PNC BANK<br>PO BOX 71335<br>Philadelphia, PA 19176 | | Trade debt | | | | $20,322.68 |
| PNC BANK<br>PO BOX 71335<br>Philadelphia, PA 19176 | | Credit card purchases | | | | $9,325.00 |

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re  Little Dollar, Inc.  
                Debtor(s)

Case No.  
Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  February 1, 2025

/s/ Daniel Okoye  
Daniel Okoye/CEO  
Signer/Title

```
BP Fast Lending
2146 Roswell Road
Suite 108, PMB 853
Marietta, GA 30062


Carter-Jones Companies, Inc.
601 Tallmadge Rd.
Kent, OH 44240


CHASE CARDMEMBER SERVICE
PO BOX 1423
Charlotte, NC 28201


Everest Business Funding
102 W 38th Street
6th Floor
New York, NY 10018


Headway Capital, LLC
175 W. Jackson Blvd., Suite 1000
Chicago, IL 60604


KABBAGE FUNDING / NAT'L CHECK RES. INC.
5885 CUMMING HWY STE 108-333
Buford, GA 30518


LOWES BUSINESS ACCT/SYNCB
PO BOX 669824
Dallas, TX 75266


NEW AGE FINANCIAL INC
1990 Noriega St,
San Francisco, CA 94122


Pearl Delta Funding
ATTN: ODED SEGEV, Manager
100 William Street, 9th Floor
New York, NY 10038


PNC BANK
PO BOX 71335
Philadelphia, PA 19176


RR GROUP LLC
1637 ULSTER STREET, CO 80220
Denver, CO 80220
```

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re  Little Dollar, Inc.
Debtor(s)

Case No.
Chapter  11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Little Dollar, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

February 1, 2025
Date

/s/ Brad Fallon
Brad Fallon
Signature of Attorney or Litigant
Counsel for  Little Dollar, Inc.
Fallon Law PC
1201 W. Peachtree St. NW, Suite 2625
Atlanta, GA 30309
(404) 849-2199  Fax:
brad@fallonbusinesslaw.com